DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VICTORIO HUIPIO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0647

[June 11, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Isaac Bober, Judge; L.T. Case No. 061997CF019655A88810.

Victorio Huipio, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and LOTT, JJ., concur.

*          *          *

***Not final until disposition of timely-filed motion for rehearing.***